

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| EXPEDITORS INTERNATIONAL OF WASHINGTON, INC, | § § | No. 08-20-00125-CV |
| Appellant/Cross-Appellee, | § | Appeal from the |
| v. | § | County Court at Law No. 6 |
| WEST DISTRIBUTORS, INC, | § | of El Paso County, Texas |
| Appellee/Cross-Appellant. | § | (TC# 2011-DCV04011) |

## J U D G M E N T

The Court has considered this cause on the joint motion to set aside the judgment and remand the case to the trial court and concludes the motion should be granted. We therefore set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. The Court further orders the release and unconditional discharge of the supersedeas bond and of the obligations of the surety and principal, and that each party bear its own costs.

IT IS SO ORDERED THIS 21ST DAY OF OCTOBER, 2020.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.